1 | Angela C. Agrusa, Esq. (SBN: 131337)
    aagrusa@linerlaw.com
2 | LINER YANKELEVITZ
    SUNSHINE & REGENSTREIF LLP
3 | 1100 Glendon Avenue, 14th Floor
    Los Angeles, California 90024-3503
4 | Telephone: (310) 500-3500
    Facsimile: (310) 500-3501

Attorneys for Plaintiff and Counterdefendant
UNISOURCE SOLUTIONS, INC.

**FILED**
JUN 2 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNISOURCE SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>UNISOURCE RELOCATION, INC.,<br><br>Defendant.<br>_____<br>UNISOURCE RELOCATION, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>UNISOURCE SOLUTIONS, INC.,<br><br>Counterdefendant.<br>_____ | Case No. CV06-06607 JF<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

WHEREAS Plaintiff and Counterdefendant Unisource Solutions, Inc., a California Corporation, and Defendant and Counterclaimant Unisource Relocation, Inc., a California Corporation (the "Parties"), participated in a mediation in this case before John W. Crittenden on April 19, 2007;

WHEREAS the Parties have entered into a Confidential Settlement Agreement resolving this lawsuit in its entirety;

1

0039125/015/ 346722v01

1  NOW THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES
2  HERETO AND THEIR COUNSEL OF RECORD THAT (1) Plaintiff's Complaint in this action
3  shall be dismissed in its entirety and with prejudice; (2) Defendant's Counterclaim in this action
4  shall be dismissed in its entirety and with prejudice; (3) each side shall bear its own costs and fees;
5  and (4) this stipulation may be executed in counterparts with a facsimile or PDF signature deemed
6  an original for all purposes.

8  DATED: June 11, 2007                    LINER YANKELEVITZ
                                           SUNSHINE & REGENSTREIF LLP

                                           By: /s/ Angela C. Agrusa
                                           Angela Agrusa
                                           Attorney for Plaintiff and
                                           Counterdefendant,
                                           UNISOURCE SOLUTIONS, INC.

15 DATED: June 14, 2007                    McNICHOLS RANDICK O'DEA &
                                           TOOLIATOS LLP

                                           By: /s/ Patrick E. Guevara
                                           Patrick E. Guevara
                                           Attorney for Defendant and
                                           Counterplaintiff,
                                           UNISOURCE RELOCATION, INC.

22  Pursuant to the Parties' stipulation, the Court dismisses with prejudice the Complaint,
23 Counterclaims, and this action in its entirety. The Parties are hereby Ordered to comply with their
24 obligations under the Settlement Agreement described above, and the Court expressly retains
25 jurisdiction to enforce the Parties' obligations thereunder.

27 DATED: 4/26, 2007                       _____
                                           The Honorable Jeremy Fogel

0039125/015/ 346722v01